STATE OF NEW JERSEY v.
CHARLES JENKINS a/k/a ROBERT HALL.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH GARDNER.

February 13, 1973. Petition for certification denied.

BOULEVARD APARTMENTS, INC. v.
BOROUGH OF HASBROUCK HEIGHTS.

February 13, 1973. Petition for certification denied.

EDMUND BALDWIN v. ZANE ZOLTON.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE MAURICE BUTLER.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS HAWES.

February 13, 1973. Petition for certification denied.